# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **EMIL L. MEADOWS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11CV00044 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **WAL-MART STORES EAST, LP, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

In accord with the Opinion and Order entered herewith, it is **ADJUDGED AND ORDERED** that final judgment is entered in favor of Defendants Wal-Mart Stores East, LP, and Childress, Inc.

The clerk shall close the case.

ENTER: October 1, 2012

/s/ James P. Jones
United States District Judge